UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MAYNARD FERNANDEZ                                                                                       PLAINTIFF

v.                                                                             CIVIL ACTION NO. 3:07-CV-461-S

JAMES M. GULICK, et al.                                                                                 DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

This matter is before the court on motion of the plaintiff, Maynard Fernandez, for summary judgment (DN 21). Plaintiff filed this action to recover an amount owed to him by the defendants, James M. Gulick and Maria Luisa Castillo De Gulick, under the terms of a promissory note executed by them in Plaintiff's favor. Defendants do not dispute that they are in default under the terms of promissory note. The parties agree that the amount owed by Defendants on the promissory note through January 15, 2008, is $530,184.00. Plaintiff is owed additional interest as set forth in the terms of the promissory note. No issue of material fact exists.

For the above stated reasons, and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that:

(1) Plaintiff's motion for summary judgment (DN 21) is **GRANTED**;

(2) Plaintiff shall have judgment against Defendants, in the amount of $568,320.00, plus a per diem value for interest in the amount of $260.75 for each day from May 31, 2008, until the date of entry of this Order and then post-judgment interest at the applicable statutory rate from the date of entry of this Order;

(3) Plaintiff shall be entitled to recovery of reasonable attorney's fees and costs to be reviewed by this Court upon Plaintiff's submission of a subsequent motion supported by appropriate affidavits; and

(4) This is a **FINAL JUDGMENT** and there is no just cause for delay.

**IT IS SO ORDERED.**